Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of Maine**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Six Rivers Construction, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 4 1 3 1 1 7 | |
| **4. Debtor's address** | **Principal place of business** 12 Center Park Rd, Unit 7 Number / Street Topsham, ME 04086 City / State / ZIP Code Sagadahoc County | **Mailing address, if different from principal place of business** Number / Street City / State / ZIP Code **Location of principal assets, if different from principal place of business** Number / Street City / State / ZIP Code |
| **5. Debtor's website (URL)** | www.sixriversconstruction.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **Six Rivers Construction, LLC**  Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>    District _____ When _____ Case number _____<br>                              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>    District _____ When _____<br>                            MM / DD / YYYY<br>    Case number, if known _____ |

Debtor  **Six Rivers Construction, LLC**  Case number *(if known)*
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **Six Rivers Construction, LLC**  Case number *(if known)* _____
    Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/05/2024**
          MM/ DD/ YYYY

X **/s/ Byron Bouchard**         **Byron Bouchard**
Signature of authorized representative of debtor        Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Tanya Sambatakos**      Date **08/05/2024**
Signature of attorney for debtor                       MM/ DD/ YYYY

**Tanya Sambatakos**
Printed name

**Molleur Law Firm**
Firm name

**190 Main St., 3rd Fl**
Number     Street

**Saco**        **ME**     **04072**
City                State    ZIP Code

**(207) 283-3777**        **tanya@molleurlaw.com**
Contact phone              Email address

                                      **ME**
Bar number                      State

Fill in this information to identify the case:

Debtor name **Six Rivers Construction, LLC**

United States Bankruptcy Court for the:
**District of Maine**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/05/2024**
MM/ DD/ YYYY

X **/s/ Byron Bouchard**
Signature of individual signing on behalf of debtor

**Byron Bouchard**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Six Rivers Construction, LLC**

United States Bankruptcy Court for the: **District of Maine**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BayFirst National Bank<br>Attn: SBA Servicing Dept<br>700 Central Ave Suite 100<br>Saint Petersburg, FL 33701 | | | | $1,186,806.88 | $1,467,651.00 | $561,129.88 |
| 2 | Pac Western Financial LLC<br>222 S Main St 5th Floor<br>Salt Lake City, UT 84101 | | | Disputed | | | $225,747.00 |
| 3 | Kapitus Funding<br>2500 Wilson Blvd Suite 350<br>Arlington, VA 22201 | | Loan | | | | $102,631.00 |
| 4 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | | Credit Card | | | | $59,000.00 |
| 5 | Midland Equipment Finance<br>Midland States Bank<br>1801 Park 270 Drive Suite 200<br>Saint Louis, MO 63146 | | | | $79,745.00 | $35,000.00 | $44,745.00 |
| 6 | Integrity Roofing LLC<br>12 Center Park Road<br>Topsham, ME 04086 | | | | | | $34,424.52 |
| 7 | Auburn Concrete<br>PO Box 1747<br>Auburn, ME 04211 | | | | | | $33,559.97 |
| 8 | Hammond Lumber Company<br>30 Belmont Avenue<br>Belfast, ME 04915 | | | | | | $28,230.44 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor **Six Rivers Construction, LLC**                            Case number *(if known)*
_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lester Building Systems<br>PO Box 64747<br>Saint Paul, MN 55164-0767 | | | | | | $14,702.79 |
| 10 | United Rentals<br>100 First Stamford Place Ste 700<br>Stamford, CT 06902 | | | | | | $13,168.60 |
| 11 | Crookers<br>PO Box 5001<br>Topsham, ME 04086 | | | | | | $12,293.20 |
| 12 | Affordable Well Drilling<br>28 Bowdoinham Road<br>Sabattus, ME 04280 | | | | | | $12,100.00 |
| 13 | Ryan E. Kenney<br>51 Gotham Woods<br>Woolwich, ME 04579 | | | | | | $5,734.76 |
| 14 | Ford Motor Credit Company<br>PO Box 62000<br>Colorado Springs, CO 80962 | | | | $53,325.00 | $48,000.00 | $5,325.00 |
| 15 | Zebra Striping<br>101 Pleasant Hill Road<br>Scarborough, ME 04074 | | | | | | $4,875.00 |
| 16 | GT Overhead Door<br>PO Box 182<br>Gray, ME 04039 | | | | | | $3,620.00 |
| 17 | Byron J. Bouchard<br>864 Middlesex Road<br>Topsham, ME 04086 | | | | | | $3,200.00 |
| 18 | Whited Truck Center<br>207 Perry Rd<br>Bangor, ME 04401 | | | | | | $3,001.02 |
| 19 | Skyler Cyr<br>18 Ocean Park Road<br>Old Orchard Beach, ME 04064 | | | | | | $2,490.24 |
| 20 | Christina M. Bouchard<br>864 Middlesex Road<br>Topsham, ME 04086 | | | | | | $2,000.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

IN RE: **Six Rivers Construction, LLC**　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **08/05/2024**　　Signature  **/s/ Byron Bouchard**
　　　　　　　　　　　　　　　　　　Byron Bouchard, Managing Member

Affordable Well Drilling
28 Bowdoinham Road
Sabattus, ME 04280


Auburn Concrete
PO Box 1747
Auburn, ME 04211


BayFirst National Bank
Attn: SBA Servicing Dept
700 Central Ave Suite 100
Saint Petersburg, FL 33701


Blue Ridge Financial
11921 Freedom Drive
Reston, VA 20190


Byron J. Bouchard
864 Middlesex Road
Topsham, ME 04086


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Christina M. Bouchard
864 Middlesex Road
Topsham, ME 04086


Crookers
PO Box 5001
Topsham, ME 04086

Dale and Janet Dailey
109 New Meadows Road
West Bath, ME 04530

Daimler Truck Financial Services
Box 4160
5450 N Cumberland Ave
Chicago, IL 60656

David Douglass
895 Sawyer Road
Greene, ME 04236

Ford Motor Credit Company
PO Box 62000
Colorado Springs, CO 80962

Michelle and Kevin Frye
807 Frostwood Drive
77024

GreatAmerica Financial Services
625 First St. SE #202
Cedar Rapids, IA 52401

GT Overhead Door
PO Box 182
Gray, ME 04039

Hammond Lumber Company
30 Belmont Avenue
Belfast, ME 04915

Integrity Roofing LLC
12 Center Park Road
Topsham, ME 04086

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jeremy T. Wilkinson
895 Lewis Hill Road
Bowdoin, ME 04287

Kapitus Funding
2500 Wilson Blvd Suite 350
Arlington, VA 22201

Lester Building Systems
PO Box 64747
Saint Paul, MN 55164-0767

Midland Equipment Finance
Midland States Bank
1801 Park 270 Drive Suite 200
Saint Louis, MO 63146

North Mill Equipment Finance
LLC
601 Merritt 7 #5
Norwalk, CT 06851

Office of the U.S. Attorney
100 Middle Street, Suite 6
Portland, ME 04101

Pac Western Financial LLC
222 S Main St 5th Floor
Salt Lake City, UT 84101


Pine Tree Waste
87 Pleasant Hill Road
Scarborough, ME 04074


Rodney Dumont
14 Palmer Street
Brunswick, ME 04011


Ryan E. Kenney
51 Gotham Woods
Woolwich, ME 04579


Skyler Cyr
18 Ocean Park Road
Old Orchard Beach, ME 04064


State of Maine Bureau of
Revenue Service
Compliance Division
P.O. Box 9101
Augusta, ME 04332

The Grant Group LLC
12 Center Park Road
Topsham, ME 04086


Tyler R. Wilkinson
1090 Lewis Hill Road
Bowdoin, ME 04287

United Rentals
100 First Stamford Place Ste 700
Stamford, CT 06902


Whited Truck Center
207 Perry Rd
Bangor, ME 04401


Zebra Striping
101 Pleasant Hill Road
Scarborough, ME 04074

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**SIX RIVERS CONSTRUCTION, LLC**

Debtor

Chapter 11

Case No. 24-

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession (the "Debtor") respectfully represents that the following individuals directly or indirectly own 10% or more of any class of the Debtor's equity interests:

Bryon Bouchard                              100%

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**SIX RIVERS CONSTRUCTION, LLC**

Debtor

Chapter 11

Case No. 24-

## LIST OF EQUITY SECURITY HOLDERS

Byron Bouchard                                    100%
864 Middlesex Rd.
Topsham, ME 04086

Page **1** of **1**