# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Six Rivers Construction, LLC,<br><br>　　　　Debtors | Chapter 11<br>Case No. 24-20164 |
| Midland States Bank,<br><br>　　　　Movant<br><br>v.<br><br>Six Rivers Construction, LLC<br>and<br>Jeffrey T. Piampiano, Subchapter V Trustee,<br><br>　　　　Respondents | |

## ORDER GRANTING RELIEF FROM STAY

Movant Midland States Bank ("Movant") filed the Motion for Order Approving Agreement for Relief from Automatic Stay [Dkt. No. 107 ] (the "Motion"), supported by consent from Respondent Six Rivers Construction, LLC ("Debtor") and the Subchapter V Trustee's indication to Movant's counsel that he does not object to the Motion.  Based on the consent of all parties in interest, the Motion is granted on the following terms:

　　　　1.　　Under 11 U.S.C. § 362(d), relief from the automatic stay is granted to permit the Movant, and its successors and assigns, to enforce the state law rights and remedies arising from the loan and security agreement described in the Motion with respect to the personal property of the Debtor identified as a 2013 Peterbuilt 579, Vehicle Identification Number 1XPBD40X6DD192863.

      2.      This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the court as if this Order had not been entered.

Date: November 14, 2024

/s/ Peter G. Cary
Peter G. Cary
United States Bankruptcy Judge
District of Maine